In the Matter of the Estate of RELIOUS VAUGHAN, Deceased. MAE VAUGHAN, Appellant; ELWOOD D. VAUGHAN, Respondent.—

No opinion. Carswell, Adel, Wenzel and Schmidt, JJ., concur; Nolan, P. J., dissents and votes to grant the petition upon the ground that the determination as to the existence of a marriage relationship was contrary to the weight of the evidence.

ANNA LETO, Respondent, v. MURRAY R. SPIES et al., Appellants, et al., Defendants.—

No opinion. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.